| | |
|---|---|
| 1 | DANIEL J. BRODERICK, #89424 |
| | Federal Defender |
| 2 | LEXI NEGIN,#250376 |
| | Assistant Federal Defender |
| 3 | Designated Counsel For Service |
| | 801 I Street, 3rd Floor |
| 4 | Sacramento, California 95814 |
| | Telephone: (916) 498-5700 |
| 5 | |
| 6 | Attorneys for Defendant |
| | JOSHUA VAZQUEZ |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-S-08-343 JAM |
| | ) | |
| Plaintiff, | ) | MOTION TO EXONERATE BOND AND |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| JOSHUA VAZQUEZ, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

On August 7, 2008, then Magistrate Judge Kimberly J. Mueller ordered Mr. Vazquez released on an unsecured bond of $25,000 to be co-signed by Mr. Vazquez's mother, Judith Krause -Vazquez.  Mr. Vazquez has voluntarily gone into custody and will remain in custody until his sentencing at which he will receive at least a five year term of incarceration.  Mr. Vazqeuz has fulfilled all of his obligations to the Court while on release and has self-surrendered to custody.

Because he is no longer on release conditions, the unsecured bond securing Mr. Vazquez's appearance may be ordered exonerated.

Accordingly, Mr. Vazquez hereby moves to exonerate the unsecured bond co-signed by his mother, Judith Krause-Vazquez, as set forth in the attached proposed order.

                                                                             Respectfully submitted,

| | |
|---|---|
| Dated: October 19, 2011 | DANIEL J. BRODERICK<br>Federal Defender<br><br>*/s/ Lexi Negin*<br>_____<br>Lexi Negin, Assistant Federal Defender<br>Attorney for Joshua Vazquez |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>JOSHUA VAZQUEZ,<br><br>        Defendant. | No. CR-S-08-0343 JAM<br><br>MOTION TO EXONERATE BOND AND ORDER |

    The Court finds that Mr. Vazquez was released pursuant to a $25,000 unsecured bond co-signed by Judith Krause-Vazquez. Mr. Vazquez is in custody and will remain in custody until and after sentencing. He has satisfied all of his pre-trial release obligations to the Court.

    THEREFORE, it is hereby ORDERED that the $25,000 unsecured bond in this case is ordered exonerated.

Dated: October 20, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE