DANIEL J. BRODERICK, Bar #89424
Federal Defender
LEXI NEGIN, Bar # 250376
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
JOSHUA VAZQUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSHUA VAZQUEZ<br><br>Defendant. | No. CR-08-343 JAM<br><br>ORDER TO SEAL OBJECTIONS TO PRESENTENCE INVESTIGATION REPORT AND MEMORANDUM IN AID OF SENTENCING<br><br>Date: February 28, 2012<br>Time: 9:30 a.m.<br>Judge: John A. Mendez |

**IT IS HEREBY ORDERED** that the Request to Seal be granted and that the documents and the request be filed under seal, permitting Assistant United States Attorney Michelle Prince access to these documents unless otherwise ordered by this Court at a later time.

Dated: February 15, 2012

                                    /s/ John A. Mendez
                                    JOHN A. MENDEZ
                                    United States District Court Judge