| | |
|---|---|
| 1 | BENJAMIN B. WAGNER |
| | United States Attorney |
| 2 | MICHELLE A. PRINCE |
| | Assistant United States Attorney |
| 3 | 501 I Street, Suite 10-100 |
| | Sacramento, California 95814 |
| 4 | Telephone: (916) 554-2758 |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case. No.2:08-CR-00343 JAM |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION RE: CONTINUANCE |
| | ) | OF JUDGMENT AND SENTENCE |
| v. | ) | |
| | ) | |
| JOSHUA VASQUEZ, | ) | Date: February 28, 2012 |
| | ) | Time: 09:30 a.m. |
| Defendant. | ) | Hon. John A. Mendez |
| | ) | |

It is hereby stipulated by and between the United States of America through Michelle Prince, Assistant United States Attorney, and defendant Joshua Vasquez, by and through his counsel, Lexi Negin, Esq., that the hearing on Judgment and Sentence currently set for February 28, 2012, be vacated and reset for March 13, 2012 at 09:30 a.m.

///

///

///

The reason for the delay is that the Assistant U.S. Attorney, Michelle Prince, has been called for jury duty, and is unavailable.

DATED: February 24, 2012   /s/ Michelle A. Prince for
                           LEXI NEGIN, ESQ.
                           Attorney for Defendant

DATED: February 24, 2012   BENJAMIN B. WAGNER
                           United States Attorney

                           By:/s/ Michelle A. Prince
                              Michelle A. Prince
                              Assistant U.S. Attorney

The above stipulation of counsel is accepted.

IT IS SO ORDERED.

Dated: 2/24/2012           /s/ John A. Mendez
                           HONORABLE JOHN A. MENDEZ
                           UNITED STATES DISTRICT COURT JUDGE