BENJAMIN B. WAGNER
United States Attorney
MICHELLE A. PRINCE
501 I Street, Suite 10-100
Sacramento, CA 95814
(916) 554-2758
(916) 554-2900 FAX

**FILED**

MAR 12 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:08-CR-0343 JAM |
| Plaintiff, | PROPOSED ORDER RE APPLICATION FOR IN CAMERA REVIEW OF EXHIBIT 1 TO GOVERNMENT'S SENTENCING MEMORANDUM |
| v. | |
| JOSHUA VAZQUEZ, | Date: March 13, 2012 |
| Defendant. | Time: 9:30 a.m. |
| | Court: Hon. John A. Mendez |

The Application for In Camera Review of Exhibit 1 to Government's Sentencing Memorandum is accepted.

IT IS SO ORDERED.

Dated: 3-12-2012

_____
HONORABLE JOHN A. MENDEZ
UNITED STATES JUDGE